

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | CLIFTON DALE | **Defendant(s):** | PHILIP CLINE, et. al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Clifton Dale
5258 West Congress
Chicago, IL 60644

08CV3573
JUDGE ST. EVE
MAGISTRATE JUDGE VALDEZ

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

FILED
JUN 23 2008 TC
Jun 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 440 Civil rights

**Cause of Action:** 42:1983

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham   **Date:** 06/23/2008