# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3573 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Dale vs. Cline et al. | | |

**DOCKET ENTRY TEXT**

In his motion to proceed in forma pauperis, Plaintiff Clifton Dale fails to provide any explanation as to his means of support, but instead merely answers each question by checking the NO box. The Court denies Plaintiff's request to proceed in forma pauperis [3] without prejudice. Dale must file an amended in forma pauperis request on or before Monday, July 7, 2008, by carefully and accurately filling out the in forma pauperis form. Plaintiff is welcome to contact the attorney at the court's Self-Help Assistance Desk if he wishes to seek assistance with a renewed motion. Information about the Self-Help Assistance Program is on the court's website, www.ilnd.uscourts.gov.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|

Case 1:08-cv-03573   Document 4   Filed 06/24/2008   Page 1 of 1

08C3573 Dale vs. Cline et al.                                                                                                  Page 1 of 1